# Order

Michigan Supreme Court
Lansing, Michigan

July 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149728(25)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                SC: 149728
                                COA: 320350
KIM MOSS,                        Wayne CC: 84-473556-FC
    Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's April 1, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015



Clerk

d0720